```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  Case No. 1:10-CR-00264 AWI
                                )
12              Plaintiff,      )  MOTION AND ORDER TO DISMISS
                                )  INDICTMENT
13       v.                     )
                                )
14  JESUS GARCIA-GARCIA,        )
                                )
15              Defendant.      )
    _____)
16

17       Pursuant to Federal Rule of Criminal Procedure 48(a),

18  Plaintiff United States of America, by and through its attorneys

19  of record, BENJAMIN B. WAGNER, United States Attorney, and ANDREW

20  L. GRADMAN, Special Assistant United States Attorney, hereby moves

21  to dismiss the indictment in this case without prejudice in the

22  interest of justice.

23  DATED: April 19, 2012              Respectfully submitted,
                                       BENJAMIN B. WAGNER
24                                     United States Attorney

25                                By:  /s/ Andrew L. Gradman
                                       ANDREW L. GRADMAN
26                                     Special Assistant U.S. Attorney

27

28

                                    1
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     April 19, 2012
CHIEF UNITED STATES DISTRICT JUDGE

2